Commonwealth *v.* Smith, Appellant.

Submitted December 4, 1972. *S. R. Zimmerman, III,* and *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

Commonwealth *v.* Sorge, Appellant.

Argued December 8, 1972. *Louis M. Natali, Jr.,* with him *Segal, Appel & Natali,* for appellant; *C. Daniel Higgins,* Assistant District Attorney, with him *James F. Marsh,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.